UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF      )
UNCLAIMED MONEYS      )                    ORDER

The court's records show that there is on deposit money collected as restitution. No activity has occurred in these accounts for more than one year, and the court is unable to locate the victims or the defendants listed in the associated Judgment and Commitment Orders. The cases are:

| CASE NO. | TITLE | AMOUNT |
| --- | --- | --- |
| DNEX400CR000339 | USA V Donald Ruhaak | $458.58 |
| DNEX401CR003020 | USA V Rhonda Smith | $169.23 |
| DNEX497CR000189 | USA V Terrence D Malcolm | $1,261.64 |
| DNEX497CR003064 | USA V Elaina C Ritonya | $ 274.12 |
| DNEX801CR000166 | USA V Dorise Eckley | $ 263.61 |
| DNEX804CR000083 | USA V Jason Miller | $1,453.17 |
| DNEX896CR000078 | USA V Gilbert Sparks | $35.45 |
| DNEX897CR000079 | USAV Carolyn Krueger | $306.15 |
| DNEX898CR000129 | USA V Jerry Farber | $724.16 |
| DNEX898CR000059 | USA V Dawn Beverlin | $1,995.00 |
| DNEX804CR000072 | USA V Cory Estey | $25.00 |

IT IS ORDERED THAT pursuant to the Treasury Financial Manual, the Clerk of the Court transfer from Deposit Fund 6855XX and credit of the United States the following amounts:

To U.S. Treasury Unclaimed Fund 613300, the sum of $6,966.11

DATED THIS 7th day of May, 2007.

BY THE COURT:

_____
JOSEPH F. BATAILLON, CHIEF JUDGE
U. S. DISTRICT COURT